■ DONALD R. WINTERS, SR., et al., Respondents-Appellants, v STATE OF NEW YORK, Appellant-Respondent.—Judgment unanimously affirmed without costs for reasons stated in decision at Court of Claims, McMahon, J. (Appeals from judgment of Court of Claims, McMahon, J.—medical malpractice.) Present—Doerr, J. P., Boomer, Lawton, Davis and Lowery, JJ.